AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Luis Fontalvo

APPEARANCE

CASE NUMBER: 1:08M69A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Luis Fontalvo

I certify that I am admitted to practice in this court.

4-30-08
*Date*

[signature]
*Signature*

*Print Name* *Bar Number*

387 Atwells Ave
*Address*

Providence R.I. 02909
*City* *State* *Zip Code*

273-5600
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.