1484365

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
APR 2 9 2008

# United States District Court

DISTRICT OF RHODE ISLAND District of Rhode Island

UNITED STATES OF AMERICA

V.

LUIS FONTALVO

## WARRANT FOR ARREST

CASE NUMBER: 1:08MJ69A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LUIS FONTALVO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, intentionally, and willfully conspiring to possess with intent to distribute in excess of 100 grams of heroin, and knowingly and intentionally attempting to possess with intent to distribute in excess of 100 grams of heroin

in violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B) and 846

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

4/29/08 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on writ | | |
| DATE RECEIVED 04/29/08 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 04/30/08 | | |

This form was electronically produced by Elite Federal Forms, Inc.