IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Misc. No. 1:08-MJ-0069A |
| | ) | |
| LUIS FONTALVO | ) | |

GOVERNMENT'S MOTION TO DETERMINE ATTORNEY

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Kenneth P. Madden, Assistant United States Attorney, and hereby requests that this Court hold a hearing concerning whether in the instant matter present counsel will be will be representing the defendant or the defendant must retain new counsel.

For grounds, upon information and belief, the government states that present counsel for the defendant has entered pleas of guilty in the United States District Court for the District of Massachusetts to felony charges of conspiracy in violation of 18 U.S.C. § 371; obstruction of justice in violation of 18 U.S.C. § 1503; and making a materially false statement in violation of 18 U.S.C. § 1001. That matter was continued for sentencing.

At present, there is a criminal complaint pending against the instant defendant.

WHEREFORE, the government requests that the Court hold a hearing to determine whether present counsel will be will be representing the defendant or the defendant must retain new counsel.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

**CERTIFICATION**

I hereby certify that on the 9th day of June, 2008, I electronically filed and served the Within Government's Motion To Determine Attorney, to:

John M. Cicilline, Esq.
Law Offices
387 Atwells Avenue
Providence, RI 02909

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680