AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

United States of America
v
Louis Fontalvo

**APPEARANCE**

Case Number: 1:08-mj-0069 LDA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant

I certify that I am admitted to practice in this court.

20 June 2008
Date

[signature]
Signature

JOHN F CICILLINE 0433
Print Name Bar Number

JOHN F CICILLINE
Address

381 ATWELLS AV PROV 02903
City State Zip Code

401 2735600
Phone Number Fax Number