IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 1:08-MJ-069A |
| | ) | |
| LUIS FONTALVO | ) | |

SECOND MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and moves to exclude the period of July 29, 2008 through September 26, 2008 from the thirty-day period within which an indictment or information must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this motion, the government states as follows:

There has been a change in counsel representing the defendant. Counsel for the government and for the defendant are currently engaged in plea negotiations which may lead to a prompt resolution of the matter by way of information, thereby conserving judicial resources. The government has previously provided information requested by the defendant and is in the process of obtaining additional information which the defendant

requested on July 18, 2008.

In a telephone conversation with John M. Cicilline, Esq. on July 18, 2008, John M. Cicilline, Esq. advised that John F. Cicilline, Esq., did not object to a 60-day extension.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh both the interest of the defendant and the interest of the public in a speedy indictment and/or trial.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on the 23rd day of July, 2008, I electronically filed and served the Within Second Motion To Exclude Time Under The Speedy Trial Act to:

John F. Cicilline, Esq.
Law Offices
387 Atwells Avenue
Providence, RI 02909

/s/ Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680